No. 10-460. NOVARTIS PHARMACEUTICALS CORP. *v.* LOPES ET AL. C. A. 2d Cir. Certiorari denied.

No. 10-497. GATIMI ET AL. *v.* HOLDER, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied.

No. 10-559. COOKE ET AL. *v.* TUBRA. Ct. App. Ore. Certiorari denied.

No. 10-570. MORA FLORES ET UX. *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 10-683. ROHART *v.* NORTH BROWARD HOSPITAL DISTRICT. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 10-685. KELLY ET AL. *v.* TOWNSHIP OF ABINGTON, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10-701. EVANSON ET AL. *v.* REEDY. C. A. 3d Cir. Certiorari denied.

No. 10-830. GRANT-BOESEN *v.* VIRGINIA EMPLOYMENT COMMISSION ET AL. Sup. Ct. Va. Certiorari denied.

No. 10-833. ELDEEB *v.* ALLIEDBARTON SECURITY SERVICES, L. L. C., ET AL. C. A. 3d Cir. Certiorari denied.

No. 10-841. VAUGHAN ROOFING & SHEET METAL, LLC *v.* GARCIA RODRIGUEZ. Ct. App. La., 3d Cir. Certiorari denied.

No. 10-842. CLEVELAND CONSTRUCTION, INC. *v.* CITY OF CINCINNATI, OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 10-843. ALARIE ET AL. *v.* MILLER ET AL. Sup. Ct. Mich. Certiorari denied.

No. 10-847. TURNER *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.